## BALTES LAND, STONE & OIL COMPANY v. SPAULDING.

[No. 4,476.    Filed December 9, 1903.]

From Blackford Circuit Court; *H. J. Paulus*, Special Judge.

Action by George W. W. Spaulding against the Baltes Land, Stone & Oil Company. From a judgment for plaintiff, defendant appeals. *Affirmed.*

*S. W. Cantwell, L. B. Simmons, R. B. Driebelbiss, Wilmer Leonard* and *Elmer Leonard*, for appellant.

*J. S. Dailey, Abram Simmons, F. C. Dailey, Elisha Pierce* and *J. A. Bonham*, for appellee.

HENLEY, C. J.—The questions involved in this appeal are in all respects similar to those presented and decided in the case of *Baltes Land, etc., Co.* v. *Sutton, ante, 14.* The judgment is, upon the authority of the case cited, affirmed.

## CRAWFORD v. THE STATE.

[No. 5,112.    Filed January 8, 1904.]

From Sullivan Circuit Court; *O. B. Harris*, Judge.

Appellee was convicted of selling intoxicating liquor without a license, and appeals. *Affirmed.*

*C. D. Hunt, S. R. Hamill, J. W. Lindley, J. S. Bays* and *L. F. Bays*, for appellant.

*C. W. Miller*, Attorney-General, *C. C. Hadley, W. C. Geake* and *L. G. Rothschild*, for State.

PER CURIAM.—The questions involved in this appeal are decided adversely to appellant in *West* v. *State, ante, 161,* and upon the authority of that case the judgment is affirmed.